H. LEWIS BROWN, Respondent, v. JOHN N. PENICK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting of CHARLES A. FROST, as Executor of JEAN HUNTER, Deceased. CHARLES A. FROST, Appellant, MARY A. HANLON et al., Respondents.— Decree so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILPERL CORPORATION et al., Appellants, against JAMES J. SEXTON et al., Constituting the Tax Commission of the City of New York, Respondents. (Taxes of 1932, 1933 and 1940–41.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the respondent Bank for Savings in the City of New York. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley and Glennon, JJ., dissent and vote to reverse.

MILTON LAZARUS, Appellant, v. ELMER RICE, as President of the Dramatists' Guild of the Authors' League of America, Inc., an Unincorporated Association of more than Seven Members, et al., Respondents.— On a motion for leave to serve an amended complaint the sufficiency of the proposed pleading will not ordinarily be inquired into. (Holgan Bros., Inc., v. Beekman Hospital, 267 App. Div. 815, 816.) It cannot be said on the present record that plaintiff was guilty of laches as a matter of law. Order reversed, with twenty dollars costs and disbursements, and the motion granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm. Settle order on notice. [See 269 App. Div. 684.]

ALEXANDER ORLOFF, Respondent, v. SPEED MACHINE WORKS, INC., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN SAVINGS BANK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN SAVINGS BANK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN SAVINGS BANK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. (Tax Year 1942–43.) — Final order reducing assessment on relator's real property at 1141 Broadway unanimously affirmed, with ten dollars costs and disbursements to the respondents. Final orders reducing assessments on relator's real property at 1961 Broadway and 16 East 54th Street unanimously modified so as to provide for the fixing of the assessed valuations of the properties as follows:

| Property | Land | Building | Total |
| --- | --- | --- | --- |
| 1961 Broadway | $370,000 | $80,000 | $450,000 |
| 16 East 54th St. | 50,000 | 10,000 | 60,000 |

and as so modified, affirmed, each with ten dollars costs and disbursements to the appellants. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.